12/04/2007  11:24   12018830767                                JOSEPH NEIMAN

USDC SDNY
DOCUMENT  PAGE 02/03
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/07

DEC 0 2007

Thelen Reid Brown Raysman & Steiner, LLP
Andrew J. Lauer
900 Third Avenue
New York, New York 10022
(212) 895-2000
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAUREEN MICHILOVICH,

                            Plaintiff,       No. 07 Civ 9924 (WHP)(DFE)

   - against -

MAHONEY COHEN & COMPANY, JAY       STIPULATION EXTENDING TIME
SILVER, JOHN DOES #1-5 AND XYZ
CORPORATION #1-5,

                           Defendants.
------------------------------------------------------------X

It is hereby stipulated and agreed by and between the undersigned counsel for Plaintiff Maureen Michilovich and Defendants Mahoney Cohen & Company and Jay Silver (collectively "Defendants"), that:

1)     Defendant acknowledges service of the Complaint in this matter;

2)     The time in which Defendants may answer, move or otherwise respond to the Complaint in this matter is hereby extended for 60 days, that is, to and including January 29, 2008.

Dated: November 30, 2007

1

12/04/2007  11:24   12818830767                    JOSEPH NEIMAN                              PAGE  03/03

_____
Andrew J. Lauer
Thelen Reid Brown Raysman & Steiner LLP
900 Third Avenue
New York, NY 10022
(212) 895-2000
Attorney for Defendants

SO ORDERED:

_____
U.S.D.J.

_____
Joseph H. Neiman
179-36 80th Road
Jamaica Estate, NY 11432
(201) 487-0061

Attorney for Plaintiff

Dated: Dec. 11, 2007

2