```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| MAUREEN MICHILOVICH, | Civil Action No. |
| | 07 Civ.9924 (WHP) |
| Plaintiff, | |
| | Civil Action |
| -against- | |
| | **STIPULATION OF** |
| MAHONEY COHEN & COMPANY, JAY SILVER, JOHN DOES #1-5 and XYZ CORP. #1-5, | **DISCONTINUANCE** |
| | |
| Defendants. | |

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Thelen Reid Brown Raysman & Steiner

_____        _____
Joseph H. Neiman, Esq.              Andrew Lauer, Esq.
Attorney for Plaintiff                  Attorney for Defendant,
179-36 80th Road                      900 Third Avenue
Jamaica Estate, NY 11432         New York, New York  10022
(201) 487-0061                          (212) 895-2000

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.

2/20/08